IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDORA ELIZABETH CAMPBELL, <br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | Civil Action No. 16-1515 |

## ORDER

AND NOW, this 15th day of June, 2017, after the plaintiff, Lyndora Elizabeth Campbell, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for supplemental security income, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 13) is denied, defendant's motion for summary judgment (ECF No. 17) is granted and the decision of the Social Security Commissioner is affirmed.

Arthur J. Schwab
United States District Judge